Nicholas J. Neidzwski, CSB #273020
nick@boatlaw.com
Douglas R. Williams, *pro hac vice*
doug@boatlaw.com
Attorneys for Julio Leclere
BoatLaw, LLP
23 Bellwether Way, Suite 101
Bellingham, Washington 98225
Telephone:   360-671-6711
Facsimile:    360-647-2943

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LECLERE, | ) Case No.: 4:23-cv-06354-KAW |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING PLAINTIFF'S RULE 41 MOTION TO DISMISS WITHOUT PREJUDICE** |
| MATSON NAVIGATION COMPANY, INC., | ) |
| Defendant. | ) **AS MODIFIED** |

THIS MATTER, having come before this District Court on Plaintiff's Motion To Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A); and the Court having reviewed the following:

1. Plaintiff's Rule 41 Motion To Dismiss Without Prejudice;

2. Declaration of Douglas Williams in Support of Plaintiff's Rule 41 Motion to Dismiss Without Prejudice;

and all attachments to documents and declarations, and the Court having considered the records and files herein and being fully advised in the premises, now, and therefore:

**IT IS ORDERED** Court finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b) and that Plaintiff's Rule 41 Motion to Dismiss Without Prejudice is **GRANTED**. This matter is dismissed without prejudice and without fees and costs to either party.

SIGNED this 3rd day of June 2024.

_____
HONORABLE KANDIS A. WESTMORE